# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON THERAPEUTICS, LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. 1:15-cv-7624-RBK-JS |
| HORIZON THERAPEUTICS, LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.,<br><br>*Defendants*. | Civil Action No. 1:16-cv-4438-RBK-JS |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
### WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Horizon Therapeutics, LLC, and Defendants Lupin Limited and Lupin Pharmaceuticals, Inc., hereby stipulate that the above-captioned actions, including all claims, counterclaims and defenses, are hereby dismissed in their entirety without prejudice.

1

Dated: July 9, 2018

| | |
|---|---|
| s/John E. Flaherty<br>John E. Flaherty<br>Ravin R. Patel<br>McCARTER & ENGLISH LLP<br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102<br>(973) 622-4444<br><br>*Attorneys for Plaintiff Horizon Therapeutics, LLC* | s/Michael E. Patunas<br>Michael E. Patunas<br>PATUNAS LAW LLC<br>24 Commerce Street, Suite 606<br>Newark, New Jersey 07102<br>(973) 396-8740<br><br>*Attorney for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |

SO ORDERED on this 10th day of July, 2018:

_____
**HON. ROBERT B. KUGLER**
**UNITED STATES DISTRICT JUDGE**